UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,

Defendant.

No. 11-cr-235 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated during the October 9, 2020 conference, the Court scheduled a remote proceeding on Supervisee Alfonso Vellon's specified violations of supervised release for October 26, 2020 at 11:00 a.m. via the CourtCall videoconference system. While that proceeding was originally contemplated to be an evidentiary hearing, counsel for Vellon has submitted a letter indicating that a hearing is no longer necessary as Vellon "will admit to violating his supervision at the next conference." (Doc. No. 57.) Accordingly, though the October 26 proceeding will continue as currently scheduled, it will now be a conference rather than an evidentiary hearing.

The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceeding through CourtCall's public access audio line by using the following credentials:

    Dial-in:        855-268-7844
    Access code:  32091812#
    PIN:          9921299#

SO ORDERED.

Dated: October 21, 2020
       New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation