**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

November 23, 2020

NEW JERSEY OFFICE:
79 MAIN STREET
SUITE ONE
HACKENSACK, NJ 07601
201-342-6665

The Honorable Richard J. Sullivan
Visiting United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

BY ECF

       Re: <u>Unites States v. Alfonso Vellon</u>
          11 Cr. 235 (RJS)

Dear Judge Sullivan:

  Defendant Alfonso Vellon ("Vellon") is currently scheduled for a sentencing hearing before the Court on November 30, 2020. On November 20, 2020, our office received correspondence from the New York City Department of Correctional and Community Services ("DOCCS") that the documents Vellon requested from their agency for preparation of his sentencing submission will not be provided to the defense for at least 20 days. For this reason, Vellon respectfully requests an adjournment of his sentencing date by approximately 45 days. The government, by Assistant United States Attorney Andrew Rohrbach, consents to this application.

  Thank you for Your Honor's consideration of this request.

            Very truly yours,

            *Sanford Talkin*
            Sanford Talkin

cc: AUSA Andrew Rohrbach (by ECF)

IT IS HEREBY ORDERED THAT the sentencing scheduled for November 30, 2020 is adjourned to January 14, 2021 at 11:00 a.m. The sentencing shall occur remotely using the CourtCall videoconference system. In addition, due to the flexibility required to accommodate the planning of proceedings involving detained individuals, the Court will reserve (and the parties shall calendar) January 15, 2021 at 11:00 a.m. as an alternative date for Supervisee's sentencing. The Court will email the parties directly with instructions for accessing the CourtCall conference.

SO ORDERED: *[signature]*
Dated: 11/23/2020 RICHARD J. SULLIVAN
       U.S.C.J., Sitting by Designation