UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br> -v-<br><br>ALFONSO VELLON,<br><br>                        Defendant. | No. 11-cr-235 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

Defendant Alfonso Vellon's sentencing for his violation of the terms of his supervised release is currently scheduled for January 15, 2021. (Doc. No. 68.) On January 11, 2021, Vellon submitted a letter requesting that his sentencing be adjourned for 30 days as he is still in the process of obtaining records from the New York State Department of Corrections and Community Services that may contain mitigating information relevant to his sentencing. (Doc. No. 69.) The government consents to that request. (*Id.*) Accordingly, IT IS HEREBY ORDERED THAT the sentencing scheduled for January 15, 2021 is adjourned to February 16, 2021 at 11:00 a.m. Consistent with both Vellon's previously indicated preference and the standing order issued by Chief Judge McMahon on January 6, 2021, *see* First Amended Standing Order, *In re Coronavirus/COVID-19 Pandemic*, 20-mc-622 (CM) (S.D.N.Y. Jan. 6, 2021), the sentencing shall occur remotely using the CourtCall video-conference system. In addition, due to the flexibility required to accommodate the planning of proceedings involving detained individuals, the Court will reserve (and the parties shall calendar) February 17, 2021 at 11:00 a.m. as an alternative date for Vellon's sentencing. The Court will email the parties directly with instructions for accessing the CourtCall conference. IT IS FURTHERED ORDERED THAT Vellon shall file his sentencing

submission by February 8, 2021, and the government shall file its sentencing submission by February 12, 2021.

The Clerk of Court is respectfully directed to terminate the motion pending at document number 69.

SO ORDERED.

Dated:     January 11, 2021
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation