UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALFONSO VELLON,<br><br>                 Defendant. | No. 11-cr-235 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

      Defendant Alfonso Vellon has requested an additional three days in which to file his sentencing submission. That request is GRANTED. Accordingly, IT IS HEREBY ORDERED THAT Vellon shall file his sentencing submission by February 11, 2021. IT IS FURTHER ORDERED THAT the government shall endeavor to file its submission no later than February 15, 2021. But if, after reviewing Vellon's submission, the government determines that it requires more time to prepare a response, it may request an extension of its own, in which case the Court will adjourn the sentencing until a later date.

SO ORDERED.

Dated:      February 9, 2021
                 New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation