UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,

Defendant.

No. 11-cr-235 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the record, the Court reserved, and the parties calendared, February 16, 2021 and February 17, 2021 at 11:00 a.m. for Defendant Vellon's sentencing. (Doc. No. 70). Unfortunately, the Metropolitan Correctional Center can only accommodate a remote proceeding on February 17, 2021.  Accordingly, IT IS HEREBY ORDERED THAT Defendant Vellon's sentencing shall take place on February 17, 2021 at 11:00 a.m. via the CourtCall videoconference system.  The Court will email the parties directly with instructions for accessing the CourtCall conference.  Members of the public may monitor the proceeding through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 32091812# |
| PIN: | 9921299# |

SO ORDERED.

Dated:      February 9, 2021
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation