UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,

               Supervisee.

No. 11-cr-235 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, March 4, 2025, at 12:15 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time Supervisee will be presented on the alleged violations of supervised release as set forth in the Probation Office's report dated March 3, 2025.

SO ORDERED.

Dated:     March 3, 2025
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation