UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALFONSO VELLON,<br><br>                    Supervisee. | No. 11-cr-235 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Wednesday, April 9, 2025, at 4:00 p.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 for a conference concerning the alleged violations of supervised release set forth in the Probation Office's March 3, 2025 report.

SO ORDERED.

Dated:    April 3, 2025
              New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation