UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ALFONSO VELLON,<br><br>  Supervisee. | No. 11-cr-235 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter, dated May 12, 2025, from Supervisee requesting a change of counsel. The Court has provided a copy of Supervisee's letter to defense counsel via email. Because the content of the letter may implicate the attorney-client privilege, the Court finds that the presumption in favor of open records has been overcome. *See United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995).

Accordingly, IT IS HEREBY ORDERED THAT defense counsel shall address Supervisee's request for new counsel as part of his previously ordered status update, which is due to be filed with the Court by June 13, 2025. IT IS FURTHER ORDERED THAT Supervisee's letter shall be maintained under seal and ex parte until further order of the Court.

SO ORDERED.

Dated:   May 23, 2025
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation