UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,

Supervisee.

No. 11-cr-235 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from the government, dated July 15, 2025, and a letter from Supervisee's counsel, dated July 17, 2025, concerning the alleged violations of supervised release pending in this matter.  In light of the fact that Supervisee is scheduled to appear before the Middletown City Court on August 14, 2025, IT IS HEREBY ORDERED THAT Supervisee's counsel shall submit a letter to the Court by August 21, 2025, providing the Court with a status update as to Supervisee's state criminal cases and proposing next steps in this matter.

SO ORDERED.

Dated:      July 17, 2025
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation