

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2025

**BY ECF**

The Honorable Richard J. Sullivan
United States Circuit Judge
United States Court of Appeals for the Second Circuit
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Alfonso Vellon*, 11 Cr. 235 (RJS)

Dear Judge Sullivan:

     Due to an unexpected scheduling conflict, the Government respectfully requests that the upcoming Wednesday, July 23, 2025, status conference in the above-captioned matter be rescheduled from 11:00 a.m. to 11:30 a.m. or later. Defense counsel has no objection to an adjustment of the conference start time. Counsel for both sides are available at 11:30 a.m. or any time thereafter on July 23. If the Court is only available at 11:00 a.m., the undersigned will appear before the Court as scheduled. I thank the Court for its consideration of this request and apologize for any inconvenience.

                                                        Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney

                by: _____
                      Jacob R. Fiddelman
                      Assistant United States Attorney
                      (212) 637-1024

cc:    Steven Lynch, Esq.
       Probation Officer Julia Beltre

---

```
The request is GRANTED.  IT IS HEREBY ORDERED THAT the status conference originally scheduled to
take place on July 23, 2025 at 11:00 a.m. is adjourned to July 23, 2025 at 11:30 a.m. in
Courtroom 21C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York
10007.

SO ORDERED.
July 22, 2025
                                                     _____
                                                     RICHARD J. SULLIVAN
                                                     United States Circuit Judge
                                                     Sitting by Designation
```