UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,

Supervisee.

11-cr-235 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's letter concerning the parties' joint proposal to proceed to a hearing on a stipulated record as to each of the alleged violations of supervised release set forth in the Probation Office's amended violation report dated August 8, 2025 and a contemplated second amended violation report.  (Doc. No. 96 at 1.)

IT IS HEREBY ORDERED THAT the parties shall "submit to the Court an omnibus stipulation that will constitute the agreed-upon record for the revocation hearing" by Tuesday, January 6th, 2026.  (*Id.*).  IT FURTHER ORDERED THAT the parties shall appear before the Court on Tuesday, January 13, 2026, at 10:00 a.m., in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for a hearing on stipulated facts as to all alleged violations of supervised release.

SO ORDERED.

Dated:     October 2, 2025
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation