UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALFONSO VELLON,
Movant.

11-cr-235 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter and purported motion from Alfonso Vellon requesting that the Court appoint him new counsel and grant him a sentencing reduction. In his letter, Vellon indicates that he has had no contact with his prior attorney since Vellon was sentenced for violating the terms of his supervised release on April 8, 2026. The Court has sent a copy of the document to Vellon's last counsel of record. IT IS HEREBY ORDERED THAT counsel shall file a response to Vellon's letter no later than December 4, 2026. Because Vellon's letter potentially implicates the attorney-client privilege, the Court concludes that the presumption of open records has been overcome, *see United States v. Amodeo,* 71 F.3d 1044, 1052 (2d Cir. 1995), and ORDERS that Vellon's letter and counsel's response be filed under seal until further order of the Court.

SO ORDERED.

Dated: November 23, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation